MGW X5408 09-21-07 1512

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 SEP 21 PM 4:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES OF AMERICA )

V. )

Jesus De La Paz )

'07 MJ 2283

Magistrate's Case No.

**COMPLAINT FOR VIOLATION OF** 18 USC, Section 922(g)(5) – Illegal alien in possession of firearms

The undersigned complainant being duly sworn states:

**COUNT 1**

On September 9, 2007, within the Southern District of California, defendant Jesus De La Paz, an illegal alien, did possess three rounds of Remington .25 caliber ammunition that traveled in and affected interstate commerce; in violation of 18 United States Code, Section 922(g)(5).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Special Agent Matthew Beals
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 21st day of September, 2007.

UNITED STATES MAGISTRATE

United States
v.
Jesus De La Paz

**Probable Cause Statement**

**OVERT ACTS**

In violation of the aforementioned statute the following act was committed in the Southern District of California:

On September 9, 2007, Escondido Police Department Officer Byler encountered Jesus De La Paz while he was in possession of a loaded firearm, to wit: one Raven, model P-25, .25 caliber, pistol, serial number 619197; the firearm was loaded with one round of ammunition and De La Paz had two additional rounds of ammunition in his front pocket. Officer Byler subsequently arrested De La Paz for violating California Penal Code (PC) 12025(2) – possession of a concealed firearm, PC 12031(a)(1) – possession of a loaded firearm in a public place and PC 12031(a)(2)(f) – possession of a firearm without being the registered owner. De La Paz told Officer Byler that he was born in the Republic of Mexico.

On September 21, 2007, Special Agent (SA) Matthew Beals spoke with Immigration and Customs Enforcement (ICE) SA Carmen Jacobsen regarding De La Paz. SA Jacobsen stated that according to the records of ICE, De La Paz has never applied to or been lawfully admitted into the United States, and that based upon his statement that he born in Mexico, De La Paz is illegally present in the United States without valid immigration documents.

On September 21, 2007, SA Beals reviewed the aforementioned ammunition, which was stored as evidence at Escondido Police Department. SA Beals identified the manufacturer of the ammunition as Remington and determined that it was manufactured in one of two states: Arkansas or Connecticut. Therefore, the ammunition by its very presence in California had traveled in and affected interstate commerce.

Special Agent Matthew Beals
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 21st day of September, 2007.

UNITED STATES MAGISTRATE