AO 442 1388135

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 NOV 16 AM 8:34
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES OF AMERICA
V.
JESUS DE LA PAZ

WARRANT FOR ARREST

CASE NUMBER: '07 MJ 2283

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JESUS DE LA PAZ

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

Illegal alien in possession of firearms

DATE 11/14/07 ARRESTED BY ATF S/A Matt Beals
STEVEN STAFFORD ACTING U.S. MARSHAL, S/CA
BY maria

RECEIVED 2007 SEP 21 A U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

In violation of Title 18 United States Code, Section(s) 922 (g)(5)

| | |
|---|---|
| Jan M. Adler | US Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| J. M. Adler | 9/21/07 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ [to be determined at first appearance] by The Honorable ~~Jan M. Adler~~ Anthony J. Battaglia

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS II J ATF 5212 Alien in Poss. of Firearm

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
JESUS DE LA PAZ

**WARRANT FOR ARREST**

CASE NUMBER: '07 MJ 2283

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JESUS DE LA PAZ**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

Illegal alien in possession of firearms

In violation of Title 18 United States Code, Section(s) 922 (g)(5)

| | |
|---|---|
| Jan M. Adler | US Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| J. M. Adler | 9/21/07 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ [to be determined at first appearance] by The Honorable ~~Jan M. Adler~~ Anthony J. Battaglia

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at CCA San Diego

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/21/07 | MATT BEAAS S/A | Matt [signature] |
| DATE OF ARREST 11/14/07 | | |