FILED

07 DEC 12 PM 4:49

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '07 CR 3360 BTM

UNITED STATES OF AMERICA,
Plaintiff,
v.
JESUS DE LA PAZ-HERNANDEZ,
Defendant.

Criminal Case No. ________

I N D I C T M E N T

Title 18, U.S.C., Secs. 922(g)(5)(A) and 924(a)(2) - Illegal Alien in Possession of a Firearm and Ammunition

The grand jury charges:

On or about September 9, 2007, within the Southern District of California, defendant JESUS DE LA PAZ-HERNANDEZ, an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce a firearm, that is, a Remington Raven, model P-25, .25 caliber handgun, serial number 619197, with one .25 caliber round in the chamber and two .25 caliber rounds in his front pocket; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

DATED: December 12, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:fer:San Diego
12/12/07