UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS DE LA PAZ-HERNANDEZ<br>Defendant. | CASE NO. 07CR3360-BTM<br><br>ORDER |

**IT IS HEREBY ORDERED** upon joint motion of the parties, that the motion hearing currently set for January 25, 2008, be continued to March 7, 2008, at 1:30 p.m.

**SO ORDERED.**

DATED: January 24, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge