**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Attorneys for Jesus de la Paz-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS DE LA PAZ-HERNANDEZ<br>Defendant. | ) | CASE NO. 07CR3360-BTM<br>DATE: May 15, 2008<br>TIME: 1:30 p.m.<br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Jesus de la Paz-Hernandez, along with Assistant United States Attorney Andrew Schopler, that the motion hearing currently scheduled for May 15, 2008, be rescheduled to Friday**, June 6, 2008, at 3:00 p.m.** for motion hearing trial setting. The parties agree that all other dates should be vacated.

**IT IS SO STIPULATED.**

DATED: May 13, 2008

/s/ Jodi D. Thorp
**JODI D.THORP**
Counsel for Mr. De la Paz-Hernandez

DATED: May 13, 2008

/s/ Andrew Schopler
**ANDREW SCHOPLER**
Assistant United States Attorney