UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3360-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JESUS DE LA PAZ-HERNANDEZ | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing currently set for June 6, 2008, be continued to July 2, 2008, at 10:30 a.m.

IT IS SO ORDERED.

DATED: June 5, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge