FILED

JUN 18 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS DE LA PAZ-HERNANDEZ,<br>Defendant. | Criminal Case No. 07CR3360-BTM<br><br>S U P E R S E D I N G I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 – Illegal Entry (Misdemeanor) |

The United States Attorney charges:

Count 1

On or about May 15, 2002, within the Southern District of California, defendant JESUS DE LA PAZ-HERNANDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: June 18, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

ANDREW G. SCHOPLER
Assistant U.S. Attorney